X FILED ___ LODGED
___ RECEIVED ___ COPY
OCT 2 0 2009
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY__________ DEPUTY

**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

United States of America,
Plaintiff,
vs.
Rigoberto Maroquin-Contreras,
Defendant.

CR-09-50149-PHX-NVW

**ORDER**

A detention hearing and a preliminary revocation hearing on the Petition on Supervised Release were held on October 16, 2009.

**THE COURT FINDS** that the Defendant has knowingly, intelligently, and voluntarily waived his right to a detention hearing and a preliminary revocation hearing and has consented to the issue of detention being made based upon the allegations in the Petition.

**THE COURT FURTHER FINDS** that the Defendant has failed to sustain his burden of proof by clear and convincing evidence pursuant to Rule 32.1(a)(6), FED.R.CRIM.P., that he is not a flight risk. *United States v. Loya*, 23 F.3d 1529 (9th Cir. 1994).

**IT IS ORDERED** that the Defendant shall be detained pending further order of the court.

DATED this 20th day of October, 2009.

Lawrence O. Anderson
United States Magistrate Judge